Our File No.: 30343
**BOROWSKY & BOROWSKY, LLC**
333 Broad Street
Red Bank, NJ 07701
Tel: 732-212-9400 • Fax: 732-212-9445
Attorneys for defendant, Tyler Tool Co., Inc.

BROOKLYN OFFICE

U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 8 2007 ★

| | |
|---|---|
| FAUSTINO MUY<br>Plaintiff(s), | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |
| v. | Civil Action No. CV-07-0693(BMC) |
| ROBERT BOSCH TOOL CORPORATION<br>and TYLER TOOL CO., INC.,<br>Defendant(s). | STIPULATION AND ORDER |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that the time Defendant *Tyler Tool* may have to file its Answer or otherwise respond to the Complaint is extended for a period of twenty (20) days, up to and including March 19, 2007.

SO ORDERED this ___8th___ day of March, 2007

_____, U.S.D.J.

Stipulated as to entry and form:

**CHRISTOPHER J. SMITH**
31 Dallas Avenue
New Hyde Park, NY 11040
Tel: 516-354-9490
Attorney for Plaintiff, Faustino Muy

CHRISTOPHER J. S

/s/(BMC)

**BOROWSKY & BOROWSKY, LLC**
333 Broad Street
Red Bank, NJ 07701
Tel: 732-212-9400
Attorney for Defendant, Tyler Tool Co., Inc.

_____
THOMAS M. TOMAN, JR.