## QUIRK AND BAKALOR, P.C.
COUNSELORS AT LAW
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601

(212) 319-1000
FAX (212) 319-1065

RICHARD H. BAKALOR
STEPHEN K. BLUNDA
JEFFREY J. ELLIS
RICHARD M. FREIMAN †
SCOTT P. TAYLOR
H. NICHOLAS GOODMAN
TIMOTHY J. KEANE
LORETTA A. REDMOND
DOMINIC S. CURCIO
STEVEN A. LEE

DEBRA E. SEIDMAN
ANOUSHKA S. BAYLEY
BRIAN P. SEXTON ††
DONNA H. BAKALOR †††∆
LIZA R. FLEISSIG
TODD A. PARADEIS
STEVE M.S. MADRA
GLORIA B. DUNN
DARA L. ROSENBAUM ††

CHARLES M. HENDERSON III †††
SIMONE S. KIM
TAMIKA N. HARDY ††
LUKE S. BASSIS ††
JOEL M. MAXWELL
ROBERT B. ACKER
JILL E. SODAFSKY
JEANNE M. BOYLE ††

WESTCHESTER OFFICE
1299 NORTH AVENUE
NEW ROCHELLE, N.Y. 10804

ROBERT E. QUIRK
OF COUNSEL

† ALSO ADMITTED IN FLORIDA
†† ALSO ADMITTED IN NEW JERSEY
††† ALSO ADMITTED IN MASSACHUSETTS
∆ ALSO ADMITTED IN MINNESOTA

April 23, 2007

**VIA ELECTRONIC FILING**
Honorable Brian M. Cogan (USDJ)
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE: MUY v. ROBERT BOSCH TOOL CORP., et. al.
DOCKET NO.: CV-07-0693**

Dear Judge Cogan:

    I write to follow up discussion at the initial conference before Your Honor on April 20, 2007. Robert Bosch Tool Corporation agrees to a voluntary dismissal of this action without prejudice and we will accept service of a Summons and Complaint in State Court as outlined at Friday's conference. It is my understanding that plaintiff is not going to include Tyler Tool Co., Inc. as a defendant in the State Court action, and I therefore have not requested their consent to this procedure. Accordingly, we request that this action against Tyler Tool Co., Inc. be discontinued with prejudice.

Very truly yours,

*Susan B. Clearwater*

Susan B. Clearwater (SC 6740)

cc: Joseph Dell, Esq. – Dell & Little, LLP.